<u>**NOT FOR PULICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SONALI CHILUPURI, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE IT INC., *et al.*, <br><br> Defendants. | Civil Action No. 22-6718 (SDW) (AME) <br><br> **ORDER** <br><br> October 1, 2024 |

**WIGENTON**, District Judge.

      Before this Court is the Report and Recommendation ("R&R") entered on August 2, 2024, by Magistrate Judge André M. Espinosa ("Judge Espinosa") (D.E. 39) recommending striking Defendants' Answer and granting Plaintiff leave to seek entry of default and default judgment pursuant to Federal Rule of Civil Procedure 55. This Court has reviewed the reasons set forth in the R&R by Judge Espinosa.[1] Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that the R&R of Judge Espinosa (D.E. 39) is **ADOPTED** as the conclusion of law of this Court; and it is further

      **ORDERED** that Defendants' Answer (D.E. 9) is stricken; and it is further

      **ORDERED** that Plaintiff may proceed to judgment by default.

      **SO ORDERED.**

---

[1] The parties did not file objections to the R&R.

       /s/ Susan D. Wigenton  
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk  
cc:     Parties  
        André M. Espinosa, U.S.M.J.