<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SONALI CHILUPURI<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE IT INC., *et al.*,<br><br>    Defendants. | Civil Action No: 22-6718 (SDW) (AME)<br><br>**ORDER**<br><br>January 30, 2025 |

**WIGENTON,** District Judge.

  This matter, having come before this Court on Plaintiff Sonali Chilupuri's motion for default judgment against Defendants Eagle IT Inc. and Ahmed Mustafaa Mirza a/k/a Ahmed Mustafa (D.E. 41),

  **IT IS** on this 30th day of January 2025,

  **ORDERED** that Plaintiff's motion for default judgment is **DENIED**.  Default judgment is **DENIED** against Defendant Eagle IT Inc. for failure to set forth damages.  Default judgment is **DENIED** against Defendant Ahmed Mustafaa Mirza because Plaintiff has not obtained Clerk's Entry of Default as to Defendant Mirza.

  **SO ORDERED.**

                /s/ *Susan D. Wigenton*
                **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  André M. Espinosa, U.S.M.J.
    Parties